| | |
|---|---|
| 1 | Wayne Mortensen (#18519)<br>FARNSWORTH LAW OFFICES |
| 2 | 1837 S. Mesa Dr., Ste. A103<br>Mesa, AZ 85210 |
| 3 | (480) 820-3600<br>Fax (480) 820-4800 |
| 4 | fmcourt@gmail.com<br>Attorney for Petitioners |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| In re | ) | In Proceedings Under |
| | ) | Chapter Thirteen |
| RANDY R. CANINE | ) | |
| SS# ***-**-6910 | ) | Case No. 4-09-bk-15896 EWH |
| | ) | |
| and | ) | NOTICE AND REQUEST |
| | ) | TO TRUSTEE TO BEGIN |
| KELLIE BEATRICE S. CANINE | ) | ADEQUATE PROTECTION |
| SS# ***-**-7222 | ) | PAYMENTS |
| | ) | |
| Debtors | ) | |

COME NOW the Debtors, RANDY R. CANINE and KELLIE BEATRICE S. CANINE, by and through counsel, hereby request that the trustee begin the monthly adequate protection payments of $150.00 to Carmax Auto Finance on the 2003 Dodge Durango.

Respectfully submitted this __10th__ day of __July__, 2009.

FARNSWORTH LAW OFFICES

 /s/ Wayne Mortensen (#18519)
Wayne Mortensen
Attorney for Debtors

Copy of the foregoing sent electronically this 10th day of July, 2009 to:

Dianne Kerns, Trustee
mail@dcktrustee.com


 /s/   Susan Krause