```
 BNKH 1127084224      ____  MMYY BANKRUPTCY HIST  CH 13   INV      09/14/09 16:20:27
 KB CANINE     DUE 08/01/07  PMT    3,020.95  TYPE CONV. RES      ARM
 2000 W PASEO MONSERRAT    TUCSON AZ 85704
 ---------------------------------------------------------------------PRO NAA ----
  ACT    DATE      AMOUNT     DUE DATE
   A
    _   08/05/09                          MOTION FOR RELIEF FILED
    _   07/24/09                          MOTION FOR RELIEF REQUESTED
    _   07/13/09                          BNK ADDED CHAP 13 PROC NAA
```

"Exhibit A"