# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | RANDY ROBERT & KELLIE BEATRICE SHARON CANINE |
| **Case Number:** | 4:09-BK-15896-EWH    **Chapter:** 13 |
| **Date / Time / Room:** | WEDNESDAY, DECEMBER 09, 2009 10:30 AM   COURTROOM 206 |
| **Bankruptcy Judge:** | EILEEN W. HOLLOWELL |
| **Courtroom Clerk:** | TERESA MATTINGLY |
| **Reporter / ECR:** | EUNICE STROUD |

## *Matter:*

FINAL PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY RE:  2000 W. PASEO MONSERRAT, TUCSON, AZ 85704 FILED BY MARK BOSCO OF TIFFANY & BOSCO, P.A.  ON BEHALF OF DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-HE4 . (set at hrg. held 11/4/09)

**R / M #:**   16 / 0

## *Appearances:*

WAYNE MORTENSEN, ATTORNEY FOR KELLIE BEATRICE SHARON CANINE, RANDY ROBERT CANINE
LEONARD J. MCDONALD, ATTORNEY FOR DEUTSCHE BANK NATIONAL TRUST

## *Proceedings:*

Mr. Mortensen take no position.

COURT:  THE MOTION IS GRANTED. Counsel to upload the form of order.